■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN JOE ALLEN, Appellant. — Appeal from a judgment of the County Court of Chemung County (Monroe, J.), rendered June 23, 1983, upon a nonjury trial convicting defendant of the crimes of burglary in the second degree and petit larceny.

Defendant's guilt was established beyond a reasonable doubt. The determination reached by the trier of facts is supported by the evidence (see *People v Carter,* 50 AD2d 174). There is no merit in defendant's contention that the statement made by him was illegally obtained. Defendant was properly advised of his *Miranda* rights and he waived them. His statement was voluntarily made.

Judgment affirmed. Main, J. P., Casey, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.